**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| PRESBYTERIAN CHURCH OF CHESTNUT HILL, | : No. 535 EAL 2014 |
| | : |
| | : |
| Respondent | : Petition for Allowance of Appeal from the |
| | : Order of the Commonwealth Court |
| | : |
| v. | : |
| | : |
| | : |
| REV. DR. SANDRA M. THOMAS, | : |
| | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of December, 2014, the Emergency Motion to Seal the Record is hereby GRANTED and the Petition for Allowance of Appeal is **DENIED.**